# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:08-cr-188-Orl-31GJK

**NORMAN CHRISTOPHER EZELL**

___

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNOPPOSED MOTION FOR RECONSIDERATION (Doc. No. 27)
>
> **FILED:** December 22, 2008
>
> ___
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on December 23, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
NORMAN CHRISTOPHER EZELL